# EXHIBIT "B"

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re: ) Case No. 22-06253
)
TINA SMAT ) Chapter: 13
) Judge David D. Cleary
Debtor(s) )

## STATEMENT OF CLAIMS

Basis for Debt:        Secured Mortgage
Date of Agreement:     August 9, 2013
Arrearage:             **$376,701.30**

Balance Details:
  (i)    Principal Arreareage:                  $113,907.61
  (ii)   Pre-Filing Interest thru June 2, 2022: $132,061.53
  (iii)  Escrow Deficiencies                    $110,865.25
  (iv)   Pre-Petition Fees                      $11,650.66
  (v)    Court Costs:                           $2,746.28
  (vi)   Attorney's Fees:                       $5,470.00
  Total:                                        **$376,701.30**

TOTAL CLAIM AMOUNT: **$376,701.30**

_____
Dariusz T. Wator, Esq.
Counsel for Creditor

Wator & Associates, P.C.
Attorneys at Law
10711 S. Roberts Road
Palos Hills, Illinois 60465
Tel:   (708) 974-0000
Fax:   (708) 974-0011
Email: bankruptcy@myillinoisatty.com
ARDC No. 6279496