Form G-3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
|     Tina Smat | ) | |
| | ) | No. 22-06253 |
| | ) | |
|                Debtor | ) | Judge David D. Cleary |

**NOTICE OF MOTION**

TO:  See attached list

PLEASE TAKE NOTICE that on **11/06/2023, at 1:30 PM**, I will appear before the Honorable Judge David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, **or** electronically as described below, and present the motion of Codilis & Associates, P.C. for U.S. Bank National Association, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the Motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet,** go to this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is 161 122 6457, and the passcode is Cleary644.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Michael P. Kelleher
Attorney for Movant

Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Terri M. Long ARDC#6196966
Michael P. Kelleher ARDC#6198788
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com

NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

I, Michael P. Kelleher, certify that I served a copy of this notice and the attached motion on each entity shown on the service list below at the address shown and by the method indicated on the list on October 24, 2023.

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF
Tina Smat, Debtor 1, 2036 W. Barry, Chicago, IL 60618 by pre-paid first class U.S. Mail
David Smat, Co-Debtor, 2036 W. Barry, Chicago, IL 60618 by pre-paid first class U.S. Mail
Justin R. Storer, Law Office of William J. Factor Ltd., Attorney for Debtor 1, 105 W. Madison St. Suite 1500, Chicago, IL 60602 by electronic notice through ECF
Patrick S Layng, Office of U.S. Trustee, Region 11, 219 S Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

/s/ Michael P. Kelleher
Attorney for Movant

Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Terri M. Long ARDC#6196966
Michael P. Kelleher ARDC#6198788
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com

NOTE: This law firm is a debt collector.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

IN RE:

Tina Smat

Debtor

Chapter: 13

No.: 22-06253

Judge David D. Cleary

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

**NOW COMES** U.S. Bank National Association, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) and §1301(c) for an Order granting Movant relief from the automatic stay and co-debtor stay, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 2036 W Barry Ave, Chicago, IL 60618;

3. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 06/02/2022;

4. The Chapter 13 plan herein provides for the cure of the default of said mortgage and maintenance of current payments during the pendency of the proceeding;

5. Pursuant to the plan, Debtor is to disburse the current monthly mortgage payments directly to Movant beginning with the first payment due after the filing of the Chapter 13 Bankruptcy (subject to periodic adjustment due to change in escrow);

  6. Movant is entitled to relief from the automatic stay under 11 U.S.C. Section 362(d) for the following reasons:

    a) As of 10/10/2023, the Debtor is past due for the 04/24/2023 payment, and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

    b) As of 10/10/2023, the total post-petition default through and including 09/24/2023, is $16,508.60. Any payments received after this date may not be reflected in this default. This amount includes post-petition attorney fees and cost in the amount of $1,238.00;

    c) On 10/24/2023, the default will increase to $19,053.70 and will continue to increase as additional amounts become due;

  7. Said failure to make post-petition mortgage payments is sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. Section 362(d)(1);

  8. This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

  9. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein, including:

    $1,050.00 for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same
    $188.00 for Court filing fee

  10. Debtor executed a Promissory Note secured by a Mortgage or Deed of Trust. The Promissory Note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee of beneficiary or the assignee of the mortgage or deed of trust.

11. That the subject Note and Mortgage are co-signed by David Smat and that to the extent that the co-debtor stay of 11 U.S.C. §1301 applies to real estate loans, it applies to David Smat and grounds exist for relief therefrom under 11 U.S.C. §1301(c)(1) as the co-debtor received an ownership interest in the house and under 11 U.S.C. §1301(c)(3) if the automatic stay is modified therein;

**WHEREFORE,** U.S. Bank National Association prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) and Section 1301(c) modifying the automatic stay and co-debtor stay as to Movant, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this October 24, 2023.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ Michael P. Kelleher
Attorney for Movant

Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Terri M. Long ARDC#6196966
Michael P. Kelleher ARDC#6198788
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com

NOTE: This law firm is a debt collector.