Form G-4

**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:   Debtor(s)  Tina Smat                                          Case No.  22-06253    Chapter  13

All Cases:   Moving Creditor  U.S. BANK NATIONAL ASSOCIATION                Date Case Filed  06/02/2022

Nature of Relief
Sought:            ■ Lift Stay      ☐ Annul Stay      ■ Other (describe)  Co-Debtor Stay

Chapter 13:      Date of Confirmation Hearing _____   or Date Plan Confirmed   02/27/2023

Chapter 7:      ☐  No-Asset Report Filed on  _____
                ☐  No-Asset Report not Filed, Date of Creditors Meeting  _____

1.      Collateral
        a.  ■  Home
        b.  ☐  Car        Year, Make, and Model  _____
        c.  ☐  Other (describe)  _____

2.      Balance Owed as of 10/10/2023     $263,365.97
        Total of all other Liens against Collateral   $858,362.00

3.      In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the
        amounts and dates of all payments received from the debtor(s) post-petition.

4.      Estimated Value of Collateral (must be supplied in *all* cases)  $990,000.00, per Debtor's Schedules

5.      Default
        a.  ■  Pre-Petition Default as of petition date
            Number of months     58          Amount   $151,669.02

        b.  ■  Post-Petition Default
            i.      ■  On direct payments to the moving creditor
                    Number of months     6       Amount   $16,508.60

            ii.     ☐  On payments to the Standing Chapter 13 Trustee
                    Number of months  _____        Amount  _____

6.      Other Allegations
        a.  ☐  Lack of Adequate Protection § 362(d)(1)
            i.      ☐  No insurance
            ii.     ☐  Taxes unpaid        Amount   $ _____
            iii.    ☐  Rapidly depreciating asset
            iv.     ☐  Other (describe)  _____

        b.  ☐  No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

        c.  ☐  Other "Cause" § 362(d)(1)
            i.      ☐  Bad Faith (describe)  _____
            ii.     ☐  Multiple Filings
            iii.    ☐  Other (describe)  _____

        d.  Debtor's Statement of Intention regarding the Collateral
            i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date:    10/24/2023                                           /s/ Michael P. Kelleher
(Rev. 12/21/09)                                              Counsel for Movant