| Creditor: | U.S. BANK NATIONAL ASSOCIATION | | PAYMENTS RECEIVED | |
|---|---|---|---|---|
| Debtor: | Tina Smat | | Loan Status as of: | 10/10/2023 |
| Case No.: | 22-06253 | | Initial Due Date: | 6/24/2022 |

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| | | 6/24/2022 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| 6/22/2022 | $ 2,545.10 | | $ - | $ - | $ 2,545.10 | Funds received |
| | | 7/24/2022 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| 7/22/2022 | $ 2,545.10 | | $ - | $ - | $ 2,545.10 | Funds received |
| | | 8/24/2022 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| 8/25/2022 | $ 2,545.10 | | $ - | $ - | $ 2,545.10 | Funds received |
| | | 9/24/2022 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| 9/19/2022 | $ 2,545.10 | | $ - | $ - | $ 2,545.10 | Funds received |
| | | 10/24/2022 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| 10/24/2022 | $ 2,545.10 | | $ - | $ - | $ 2,545.10 | Funds received |
| | | 11/24/2022 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| 11/23/2022 | $ 2,545.10 | | $ - | $ - | $ 2,545.10 | Funds received |
| | | 12/24/2022 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| 12/22/2022 | $ 2,545.10 | | $ - | $ - | $ 2,545.10 | Funds received |
| | | 1/24/2023 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| 1/25/2023 | $ 2,545.10 | | $ - | $ - | $ 2,545.10 | Funds received |
| | | 2/24/2023 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| 2/21/2023 | $ 2,545.10 | | $ - | $ - | $ 2,545.10 | Funds received |
| | | 3/24/2023 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| 3/31/2023 | $ 2,545.10 | | $ - | $ - | $ 2,545.10 | Funds received |
| | | 4/24/2023 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| | | 5/24/2023 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| | | 6/24/2023 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| | | 7/24/2023 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| | | 8/24/2023 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| | | 9/24/2023 | $ 2,545.10 | $ - | $ (2,545.10) | Payment accrued |
| | | | $ - | $ - | $ - | |
| **Total:** | $ 25,451.00 | | $ 40,721.60 | $ - | $ (15,270.60) | |

| Delinquent Payments | | Days Delinquent: | |
|---|---|---|---|
| Month Due | Payment Due | Stip Due | Total Due |
| 4/24/2023 | $ 2,545.10 | $ - | $ 2,545.10 |
| 5/24/2023 | $ 2,545.10 | $ - | $ 2,545.10 |
| 6/24/2023 | $ 2,545.10 | $ - | $ 2,545.10 |
| 7/24/2023 | $ 2,545.10 | $ - | $ 2,545.10 |

| | | | |
|---|---|---|---|
| 8/24/2023 | $ 2,545.10 | $ - | $ 2,545.10 |
| 9/24/2023 | $ 2,545.10 | $ - | $ 2,545.10 |
| | $ - | $ - | $ - |
| **Delinquency** | | | **$ 15,270.60** |
| **Less Unapplied** | | | **$ -** |
| **Total Delinquency** | | | **$ 15,270.60** |

| Due Date | Payment Amount | Filed with Court | Type | Court Pmt Amt |
|---|---|---|---|---|
| 6/24/2022 | $ 2,545.10 | YES | POC | $ 2,545.10 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |