**Fill in this information to identify the case:**

Debtor 1: Tina Smat

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 22-06253

---

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Alliant Credit Union

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 9 0 9 2

**Date of payment change:** 03/01/2023
Must be at least 21 days after date of this notice

**New total payment:** $ 8,835.05
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 0.00         New escrow payment: $ 4201.73

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 3.125 %                    New interest rate: 4.750 %
   Current principal and interest payment: $ 3,858.31      New principal and interest payment: $ 4,633.32

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

---

Official Form 410S1                  **Notice of Mortgage Payment Change**                  page 1

| Debtor 1 | Tina Smat | Case number (if known) | 22-06253 |
|---|---|---|---|
| | First Name　Middle Name　Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ **Timothy R. Yueill**
Signature

Date: 02/08/2023

Print: Timothy　R　Yueill
　　　First Name　Middle Name　Last Name

Title: Attorney for Creditor

Company: Law Offices of Ira T. Nevel, LLC

Address: 175 N. Franklin St., Ste. 201
Number　Street

Chicago　IL　60606
City　State　ZIP Code

Contact phone: (312) 357-1125

Email: TimothyY@nevellaw.com

---

**\*\*Because the interest rate adjustment under the terms of the loan documents, or escrow adjustment, was not noticed in this Court at least 21 days before a payment in the new amount is due, in the event this Notice of Payment Change ("PCN") reflects an increase in the total new payment amount, the Debtor will not be responsible for the increased payment amount until the first payment due date that is at least 21 days from the date this PCN is filed and served. The Debtor's account will be credited for the difference between the current total payment amount and any increased total payment amount reflected in this PCN that accrued prior to the first payment due date that is at least 21 days from the date this PCN is filed and served. In the event this PCN reflects a decrease in the total new payment amount, the payment change will be effective as of the date reflected in this PCN.
This does not constitute a modification of the payment obligations under the terms of the promissory note, mortgage, or other loan documents.**

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date:   02/08/2023

Chapter   13 Trustee:   Marilyn O Marshall

Trustee Address:   224 South Michigan Ste 800 Chicago, IL 60604

Trustee Email:

Debtor's Counsel Name:   Justin R. Storer

Debtor's Counsel Address:   Law Office of William J. Factor, Ltd. 105 W. Madison St. Suite 1500 Chicago, IL 60602

Debtor's Counsel Email:   jstorer@wfactorlaw.com

Debtor 1 Name:   Tina Smat

Debtor 2 Name

Debtor's Mailing Address:   2036 W. Barry Chicago, IL 60618

Debtor Email:

_/s/_ Timothy R. Yueill

Alliant Credit Union
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

| ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS | |
|---|---|
| COUNTY TAX | $20,724.59 |
| INSURANCE | $9,527.82 |
| Total | $30,252.41 |

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR
ACCOUNT NUMBER
ESCROW ANALYSIS DATE: 01/30/2023

David Smat
Tina Smat
2036 W Barry Ave
Chicago, IL 60618-8215

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $4,633.32 |
| Required Escrow Payment | $2,521.04 |
| Shortage/Surplus Spread | $1,680.69 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |
| **Total Payment** | **$8,835.05** |
| New Payment Effective Date: | 03/01/2023 |

Alliant Credit Union has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account over the next twelve months are itemized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 03/2023 through 02/2024 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account balance displays the amount actually required to be on hand as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

If your loan is other than a Fixed Rate mortgage your Monthly Principal and Interest payment(s) may change.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| | | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | $122,751.40- | $8,282.09 |
| MAR | $2,521.04 | | | | | | $120,230.36- | $10,803.13 |
| APR | $2,521.04 | | | | | | $117,709.32- | $13,324.17 |
| MAY | $2,521.04 | | | | | | $115,188.28- | $15,845.21 |
| JUN | $2,521.04 | | | | | | $112,667.24- | $18,366.25 |
| JUL | $2,521.04 | | $8,838.44 | | | | $118,984.64- | $12,048.85 |
| AUG | $2,521.04 | | | | $9,527.82 | | $125,991.42- | $5,042.07 * |
| SEP | $2,521.04 | | | | | | $123,470.38- | $7,563.11 |
| OCT | $2,521.04 | | | | | | $120,949.34- | $10,084.15 |
| NOV | $2,521.04 | | | | | | $118,428.30- | $12,605.19 |
| DEC | $2,521.04 | | | | | | $115,907.26- | $15,126.23 |
| JAN | $2,521.04 | | | | | | $113,386.22- | $17,647.27 |
| FEB | $2,521.04 | | $11,886.15 | | | | $122,751.33- | $8,282.16 |
| Total | | | $20,724.59 | | $9,527.82 | | | |

*Indicates your projected low point of $125,991.42-. Your required reserve balance is $5,042.07. The difference between the projected low point and required reserve balance is $20,168.24. This is your shortage. Your escrow shortage has been spread over a 12 month period, which may result in an increase in your payment.

If you have questions regarding this analysis, please write our Member Service Department at Alliant Credit Union, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 or call toll free 1-866-341-1017, Monday through Friday, 8:00 am to 5:00 pm, CST.

**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.**

ALLIANT CREDIT UNION
P.O. BOX 1098
DES PLAINES IL 60017-1098
Toll: (800)328-1935

Date: July 15, 2022
Loan Number:

DAVID  SMAT
2036 W BARRY AVE
CHICAGO IL 60618

**Property Address:**
2036 W BARRY AVE
CHICAGO IL 60618

## Changes to the Mortgage Interest Rate and Payments on September 01, 2022

Under the terms of the Adjustable Rate Mortgage (ARM), there was a 12 month period during which the interest rate stayed the same. That period ends on September 01, 2022.  The new interest rate and mortgage payment change will be reflected on October 01, 2022. After that, the interest rate may change every 12 month(s) for the rest of the loan term.

| Index Name  LIBOR<br>Index Value  3.97829% | **Current Rate and Monthly Payment** | **New Rate and Monthly Payment** |
|---|---|---|
| **Interest Rate** | **3.12500 %** | **4.75000 %** |
| Principal | $1,769.99 | $1,712.14 |
| Interest | $2,235.32 | $2,921.18 |
| T&I | - none - | $1,671.14 |
| Miscellaneous Insurance | - none - | - none - |
| Less Subsidy | - none - | - none - |
| **Total Monthly Payment** | $4,005.31 | $6,304.46<br>(due October 01, 2022) |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin."  Under the loan agreement, the index rate is the LIBOR and the margin is 2.50000%.

**Rate Limits:** The rate can change every 12 month(s) by no more than 2.00000%.  The rate cannot go higher than 8.12500% over the life of the loan.  We did not include an additional 1.75000% interest rate increase to the new rate because a rate limit applied.  This additional increase may be applied to the interest rate when it adjusts again on September 01, 2023.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the LIBOR index, the margin of 2.50000%, the loan balance of $737,982.69, and the remaining loan term of 252 months.

**Prepayment Penalty:**  None

Please contact  with any questions regarding the payment at .

July 15, 2022

## Change Notice Analysis Disclosures

Prepayment of Principal: If you make a principal prepayment prior to the period end date, your total monthly payment may be different than the amount stated above."